# IN THE MATTER OF COMPENSATION FOR INJURIES TO CLAIRE BREUNING v. CENTRAL WAREHOUSE LUMBER COMPANY.[1]

September 15, 1921.

No. 22,255.

**Workmen's Compensation Act — review.**

Certiorari is the remedy for the review of proceedings in compensation cases.

In the matter of compensation for injuries to Claire Breuning, John P. Gardiner, commissioner of labor and industries, acting in behalf of Claire Breuning, petitioned the district court for Ramsey county for an order directing the Central Warehouse Lumber Company to show cause why the settlement between the parties made on August 31, 1920, should not be reopened and the employer be required to pay the further sum of $378.90. From an order setting aside the order approving a settlement, Hanft, J., the Central Warehouse Lumber Company appealed. Dismissed.

*Stevens & Stevens*, for appellant.

*K. G. McManigal*, for respondent.

PER CURIAM.

This is an appeal from an order vacating an order approving a settlement in a compensation case.

Certiorari is the remedy for the review of proceedings in compensation cases. G. S. 1913, § 8225.

Appeal dismissed.

[1] Reported in 184 N. W. 273.